IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSK AUTO, INC. dba O'REILLY AUTO PARTS #3506; BLOOM INVESTMENT COMPANY, a CALIFORNIA GENERAL PARTNERSHIP,<br><br>　　　　Defendants.<br>_____ | 2:13-cv-00346-GEB-AC<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

　　　　Plaintiff's Status Report filed April 15, 2013, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 29, 2013, is continued to August 5, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

　　　　Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) and/or the action being dismissed. To avoid dismissal, on or before June 24, 2013, Plaintiff shall file proof of

1  service for each defendant or a sufficient explanation why service was
2  not effected within Rule 4(m)'s prescribed service period.
3       IT IS SO ORDERED.
4  Dated: April 18, 2013

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```