UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CSK AUTO, INC. dba O'REILLY AUTO PARTS #3506,<br><br>    Defendant. | No.  2:13-cv-00346-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on October 21, 2013, in which he states: "the aforementioned matter . . . has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Notice of Settlement 1:20-22, ECF No. 23.)

Therefore, a dispositional document shall be filed no later than December 16, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  October 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge